1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**EASTERN DIVISION**

11 | **DAROLD WORRALL,** | )
12 |          **Plaintiff,** | )    **Case  No. EDCV 12-01723 AJW**
13 |      **v.** | )    **J U D G M E N T**
14 | **CAROLYN W. COLVIN,** | )
   | **Commissioner of the Social** | )
15 | **Security Administration,** | )
16 |          **Defendant.** | )

17

18       **IT IS ADJUDGED** that defendant's decision is **affirmed**.

19

20

21   December 9, 2013

22

    ANDREW J. WISTRICH
23       United States Magistrate Judge

24

25

26

27

28